# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Christopher A. Vaughn
*Petitioner*
v.
Warden Reed
*Respondent*

Civil Action No. 8:09-cv-02878-MBS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus post judgment interest at the rate %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: Petition for writ of heabeas corpus is dismissed without prejudice and without issuance and service of process.
.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Margaret B. Seymour on the record. on a motion for
.

Date: May 13, 2010

*CLERK OF COURT*

s/Nora Chandler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*